ROBERT E. LOWENSTEIN, JR. (SBN 064346)
JANNA K. LOWENSTEIN (SBN 225371)
Robert E. Lowenstein, Jr., A Professional Corporation
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA 91403
Tel:  (818) 905 6611
Fax:  (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELLA ANN MAASS ) | CASE NO. CV 08-6109 PLA |
| Plaintiff, ) | ORDER AWARDING ATTORNEYS FEES UNDER EAJA AND COURT COSTS |
| vs. ) | |
| MICHAEL J. ASTRUE, ) COMMISSIONER OF ) SOCIAL SECURITY ) | _____ |
| Defendant ) | |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys fees under EAJA and court costs, and good cause appearing therefor

IT IS HEREBY ORDERED that counsel as assignee of plaintiff be awarded attorneys fees under EAJA in the amount of $2,212.47 and court costs in the amount of $350.00.

Dated:  3/30/09                              /s/ - Paul L. Abrams
                                             PAUL L. ABRAMS
                                             U.S. Magistrate Judge